UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CIVIL NO.: 3:20-cv-00136(KAD) |
| v. | : | |
| $40,000.00 DOLLARS IN UNITED STATES CURRENCY, | : | |
| Defendant. | : | JAN 30 2020 PM 2:48 FILED-USDC-CT-NEW HAVEN |
| [CLAIMANT: SUMMER RAY RICARDO, INDIVIDUALLY AND AS PRINCIPAL OF PARAGON AND TEMPTRESS EMPIRE LINGERIE, LLC] | : | |

WARRANT OF ARREST IN REM

To the Department of Homeland Security or Authorized Designee:

WHEREAS a complaint has been filed in this Court praying that process issue for the arrest of property that is the subject of this action:

NOW, THEREFORE, we do hereby command that you seize the said property, which is described as Forty Thousand Dollars ($40,000.00) in United States Currency and detain the same in your custody until further order of this Court respecting the same.

All persons claiming an interest in said property must file their statements of interest in or right against the subject property pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims within thirty (30) days after the execution of the Warrant, or actual notice of this action, whichever occurs first, and must serve and file their answers within twenty (20) days after the filing of the claim with the Office of the Clerk, United States District

1

Court, 915 Lafayette Boulevard, Bridgeport, CT, 06604, with a copy thereof sent to Assistant

United States Attorney David C. Nelson, 157 Church Street, 25th Floor, New Haven, Connecticut

06510.

Dated at New Haven, Connecticut, this 30th day of January, 2020.

ROBIN TABORA, CLERK

By: _____
Deputy Clerk

True Copy
ATTEST:
ROBERTA D. TABORA
Clerk U.S. District Court
By_____
Deputy Clerk

2